# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
MEEHAN, JONATHAN S. § Case No. 15-22996
KASTNER, KRISTIN R. §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/03/2015 . The undersigned trustee was appointed on 07/03/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 78,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 9.28 |
| Bank service fees | | 634.44 |
| Other payments to creditors | | 50,937.16 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 14,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 12,919.12 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 12/02/2015 and the deadline for filing governmental claims was 12/30/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,475.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,500.00 , for a total compensation of $ 3,500.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 6.00 , for total expenses of $ 6.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2016                By:/s/Elizabeth C Berg, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| | |
|---|---|
| Case No: 15-22996   DRC   Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C Berg, Trustee |
| Case Name: MEEHAN, JONATHAN S. | Date Filed (f) or Converted (c): 07/03/15 (f) |
| KASTNER, KRISTIN R. | 341(a) Meeting Date: 07/27/15 |
| For Period Ending: 05/12/16 | Claims Bar Date: 12/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 683 Fieldcrest Drive, Unit B South Elgin, IL 60177      Stay lifted per order 7/31/15 [dkt 19] | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. 629 N. Water Street South Elgin, IL (1/2) interest      Stay lifted 10/9/15 [dkt 40] | 45,000.00 | 0.00 | | 0.00 | FA |
| 3. Furnishings of 2 bedroom condominium | 300.00 | 0.00 | | 0.00 | FA |
| 4. Clothing for 2 adults | 200.00 | 0.00 | | 0.00 | FA |
| 5. USPS Thrift Savings Plan 401k | 24,890.54 | 0.00 | | 0.00 | FA |
| 6. Meehan Ventures, LLC d/b/a Nella's Beef 818 McLean | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Ford Explorer | 1,700.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Nissan Murano | 14,000.00 | 0.00 | | 0.00 | FA |
| 9. Proceeds from personal injury lawsuits | 110,000.00 | 78,339.80 | | 78,500.00 | FA |
| 10. Tax Refund (u) | 3,500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $279,590.54 | $78,339.80 | | $78,500.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 6, 2016: Trustee reviewed claims; Trustee recovered turnover from lien creditor of funds distributed per order

12/4/15 [dkt 46] whose claim was satisfied outside of bankruptcy estate; Trustee prepared TFR

January 26, 2016: bar date passed; Trustee to review claims and prepare TFR

October 9, 2015: Trustee recovered net settlement proceeds from an insurance claim on account of Debtors' pre-petition

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 15-22996 DRC Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | MEEHAN, JONATHAN S. | Date Filed (f) or Converted (c): | 07/03/15 (f) |
| | KASTNER, KRISTIN R. | 341(a) Meeting Date: | 07/27/15 |
| | | Claims Bar Date: | 12/02/15 |

automobile accident. Trustee reviewed the validity of liens asserted against the settlement proceeds and filed a motion to allow and pay the valid health care lien claims. The claims bar date expires at the end of December 2015 for governmental units and at the beginning of December for general unsecured claims. Trustee will verify no additional assets available for administration, will conduct a claims review upon expiration of the claims bar date and then will file her TFR.

Initial Projected Date of Final Report (TFR): 06/30/16    Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-22996 -DRC | | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | MEEHAN, JONATHAN S. | | Bank Name: | Associated Bank |
| | KASTNER, KRISTIN R. | | Account Number / CD #: | *******6518  Checking Account |
| Taxpayer ID No: | *******6592 | | | |
| For Period Ending: | 05/12/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/15 | | LAW OFFICES OF SAL INDOMENICO & ASSOC. CLIENT FUNDS ACCOUNT 161 N. CLARK STREET, STE. 2575 CHICAGO, IL 60601 | PERSONAL INJURY SETTLEMENT | 1142-000 | 78,500.00 | | 78,500.00 |
| 07/15/15 | 9 | Asset Sales Memo: | Proceeds from personal injury lawsuits  $78,500.00 | | | | 78,500.00 |
| 08/07/15 | | ASSOCIATED BANK | Bank Service Fee | 2600-000 | | 60.22 | 78,439.78 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 116.60 | 78,323.18 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 112.70 | 78,210.48 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 116.28 | 78,094.20 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 112.36 | 77,981.84 |
| 12/09/15 | 001001 | BCBS-IL (Blue Cross Blue Shield of IL) c/o Gibson & Sharps 9420 Bunsen Pkwy Suite 250 Louisville, KY  40220 | Health Ins - Subrogation Lien Claim HCSC 8888865-8884098 Jonathan Meehan Allowed, in full satisfaction of claim #1 filed, per Court Order dated 12/4/2015 [dkt 46] | 4210-000 | | 26,166.67 | 51,815.17 |
| 12/09/15 | 001002 | ADVOCATE HEALTH AND HOSPITALS c/o JAME T. GATELY 8233 W. 185TH STREET TINLEY PARK, IL  60487 | HEALTH CARE LIEN Allowed per Court Order dated December 4, 2015 [dkt 46] | 4210-000 | | 12,414.97 | 39,400.20 |
| 12/09/15 | 001003 | MARIANJOY, INC 26W171 ROOSEVELT RD WHEATON, IL 60187 | HEALTH CARE LIEN Allowed, in full satisfaction of claim #9 filed, per Court Order dated December 4, 2015  [dkt 46] | 4210-000 | | 668.36 | 38,731.84 |
| 12/09/15 | 001004 | HINSDALE ORTHOPAEDIC ASSOCIATES, S.C. PO BOX 914 LAGRANGE, IL 60525 | HEALTH CARE LIEN Allowed per Court Order dated December 4, 2015 [dkt 46] | 4210-000 | | 11,687.16 | 27,044.68 |
| 12/09/15 | 001005 | ADVOCATE MEDICAL GROUP c/o JAMES T. GATELY 8233 W. 185TH STREET | HEALTH CARE LIEN Allowed per Court Order dated December 4, 2015 [dkt 46] | 4210-000 | | 1,396.17 | 25,648.51 |

Page Subtotals      78,500.00      52,851.49

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.06

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-22996 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | MEEHAN, JONATHAN S. | Bank Name: | Associated Bank |
|  | KASTNER, KRISTIN R. | Account Number / CD #: | *******6518  Checking Account |
| Taxpayer ID No: | *******6592 |  |  |
| For Period Ending: | 05/12/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/09/15 | 001006 | TINLEY PARK, IL 60487<br>JONATHAN MEEHAN<br>KRISTIN KASTNER<br>367 STONINGTON PLACE<br>SOUTH ELGIN, IL 60177 | DEBTORS' EXEMPTION<br>Allowed in full satisfaction of claimed exemptions per Court Order dated December 4, 2015 [dkt 46] | 8100-000 | | 14,000.00 | 11,648.51 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 83.00 | 11,565.51 |
| 02/05/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.22 | 11,548.29 |
| 02/16/16 | 001007 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | 2016 Bond Premium | 2300-000 | | 9.28 | 11,539.01 |
| 03/07/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.06 | 11,522.95 |
| 05/03/16 | | ADVOCATE HEALTH CARE<br>C/O JPMORGAN CHASE BANK, N.A.<br>CHICAGO, ILLINOIS | REFUND OF CLAIM - OVERPAYMENT<br>Refund of check 1005 | 4210-000 | | -1,396.17 | 12,919.12 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 78,500.00 | 65,580.88 | 12,919.12 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 78,500.00 | 65,580.88 | |
| Less: Payments to Debtors |  | 14,000.00 | |
| Net | 78,500.00 | 51,580.88 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6518 | 78,500.00 | 51,580.88 | 12,919.12 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 78,500.00 | 51,580.88 | 12,919.12 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          12,729.39

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| | |
|---|---|
| Case No: | 15-22996 -DRC |
| Case Name: | MEEHAN, JONATHAN S. |
| | KASTNER, KRISTIN R. |
| Taxpayer ID No: | *******6592 |
| For Period Ending: | 05/12/16 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6518  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********6518

| | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 12, 2016 |
|---|---|---|---|---|---|---|

Case Number: 15-22996  
Debtor Name: MEEHAN, JONATHAN S.

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $0.00 | $3,500.00 | $3,500.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,000.00 | $5,000.00 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $0.00 | $72.27 | $72.27 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $0.00 | $6.00 | $6.00 |
| BOND<br>999<br>2300-00 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York NY 10017 | Administrative | | $0.00 | $9.28 | $9.28 |
| | Subtotal for Class Administrative | | | $0.00 | $8,587.55 | $8,587.55 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,911.47 | $11,366.29 | $11,366.29 |
| 000003<br>070<br>7100-00 | Springleaf Financial Services<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | Unsecured | | $3,800.00 | $2,830.53 | $2,830.53 |
| 000004<br>070<br>7100-00 | Navient Solutions Inc.<br>Po Box9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | | $12,734.69 | $8,129.21 | $8,129.21 |
| 000005<br>070<br>7100-00 | Navient Solutions Inc.<br>Po Box9640<br>Wilkes-Barre, PA 18773-9640 | Unsecured | | $0.00 | $4,629.99 | $4,629.99 |
| 000006<br>070<br>7100-00 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $64,737.41 | $64,737.41 | $64,737.41 |
| 000007<br>070<br>7100-00 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $16,966.66 | $16,966.66 | $16,966.66 |
| 000008<br>070<br>7100-00 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $125.00 | $125.00 | $125.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 12, 2016 |

Case Number: 15-22996  
Debtor Name: MEEHAN, JONATHAN S.

Claim Class, Priority Sequence

| Code # | Creditor Name & Address | Claim Class    Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured<br>(10-1) CREDIT CARD DEBT | $0.00 | $1,026.28 | $1,026.28 |
| 000011<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(11-1) TJX REWARDS MASTERCARD | $1,982.06 | $2,061.71 | $2,061.71 |
| 000012<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(12-1) LOWES CONSUMER | $1,387.93 | $1,412.93 | $1,412.93 |
| 000013<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(13-1) SAM'S CLUB MASTERCARD | $0.00 | $3,438.04 | $3,438.04 |
| 000014<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>(14-1) AMERICAN EAGLE | $593.97 | $1,144.69 | $1,144.69 |
| | Subtotal for Class Unsecured | | $113,239.19 | $117,868.74 | $117,868.74 |
| 000001<br>050<br>4210-00 | Blue Cross Blue Shield of Illinois<br>3200 Robbins Road<br>Springfield, IL 62704 | Secured<br>Claim allowed in reduced amount as medical lien and authorized to be paid per order 12/4/15 [dkt 46]; balance of claim disallowed | $30,371.87 | $31,409.60 | $26,166.67 |
| 000009<br>050<br>4210-00 | Marianjoy Rehabilitation Hospital<br>26W171 Roosevelt Rd<br>Wheaton, IL 60187 | Secured<br>Claim allowed in reduced amount as medical lien and authorized to be paid per order 12/4/15 [dkt 46] | $23,088.66 | $750.00 | $668.36 |
| | Subtotal for Class Secured | | $53,460.53 | $32,159.60 | $26,835.03 |
| | Case Totals: | | $166,699.72 | $158,615.89 | $153,291.32 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

Case 15-22996 Doc 47 Filed 06/20/16 Entered 06/20/16 08:36:10 Desc Main
Document Page 10 of 12

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-22996
Case Name: MEEHAN, JONATHAN S.
        KASTNER, KRISTIN R.
Trustee Name: Elizabeth C Berg, Trustee

Balance on hand $ 12,919.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Blue Cross Blue Shield of Illinois | $ 31,409.60 | $ 26,166.67 | $ 26,166.67 | $ 0.00 |
| 000009 | Marianjoy Rehabilitation Hospital | $ 750.00 | $ 668.36 | $ 668.36 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 12,919.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 3,500.00 | $ 0.00 | $ 3,500.00 |
| Trustee Expenses: Elizabeth C Berg, Trustee | $ 6.00 | $ 0.00 | $ 6.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 72.27 | $ 0.00 | $ 72.27 |
| Other: Adams-Levine | $ 9.28 | $ 9.28 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 8,578.27

Remaining Balance $ 4,340.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,868.74  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank | $ 11,366.29 | $ 0.00 | $ 418.60 |
| 000003 | Springleaf Financial Services | $ 2,830.53 | $ 0.00 | $ 104.24 |
| 000004 | Navient Solutions Inc. | $ 8,129.21 | $ 0.00 | $ 299.38 |
| 000005 | Navient Solutions Inc. | $ 4,629.99 | $ 0.00 | $ 170.51 |
| 000006 | American InfoSource LP as agent for | $ 64,737.41 | $ 0.00 | $ 2,384.14 |
| 000007 | American InfoSource LP as agent for | $ 16,966.66 | $ 0.00 | $ 624.85 |
| 000008 | American InfoSource LP as agent for | $ 125.00 | $ 0.00 | $ 4.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Capital One, N.A. | $ 1,026.28 | $ 0.00 | $ 37.80 |
| 000011 | Capital Recovery V, LLC | $ 2,061.71 | $ 0.00 | $ 75.93 |
| 000012 | Capital Recovery V, LLC | $ 1,412.93 | $ 0.00 | $ 52.03 |
| 000013 | Capital Recovery V, LLC | $ 3,438.04 | $ 0.00 | $ 126.62 |
| 000014 | Capital Recovery V, LLC | $ 1,144.69 | $ 0.00 | $ 42.15 |

Total to be paid to timely general unsecured creditors    $ 4,340.85

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE