UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MEEHAN, JONATHAN S. § Case No. 15-22996 DRC
KASTNER, KRISTIN R. §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 106,600.00 (Without deducting any secured claims) | Assets Exempt: 87,990.54 |
| Total Distributions to Claimants: 55,278.01 | Claims Discharged Without Payment: 113,527.89 |
| Total Expenses of Administration: 9,221.99 | |

3) Total gross receipts of 78,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of 14,000.00 (see **Exhibit 2**), yielded net receipts of 64,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | NA | 56,261.73 | 50,937.16 | 50,937.16 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES(from **Exhibit 4** ) | NA | 9,221.99 | 9,221.99 | 9,221.99 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | NA | 117,868.74 | 117,868.74 | 4,340.85 |
| **TOTAL DISBURSEMENTS** | 0.00 | 183,352.46 | 178,027.89 | 64,500.00 |

4) This case was originally filed under chapter 7 on 07/03/2015. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    09/09/2016                          By :    /s/ Elizabeth C Berg

                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Proceeds from personal injury lawsuits | 1142-000 | 78,500.00 |
| **TOTAL GROSS RECEIPTS** | | 78,500.00 |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JONATHAN MEEHAN | DEBTORS' EXEMPTION | 8100-002 | 14,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | 14,000.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00000 | BLUE CROSS BLUE SHIELD OF | 4210-000 | 30,371.87 | 31,409.60 | 26,166.67 | 26,166.67 |
| 00000 | MARIANJOY REHABILITATION | 4210-000 | 23,088.66 | 750.00 | 668.36 | 668.36 |
| | ADVOCATE HEALTH AND | 4210-000 | 0.00 | 12,414.97 | 12,414.97 | 12,414.97 |
| | ADVOCATE HEALTH CARE | 4210-000 | 0.00 | 1,396.17 | 1,396.17 | 1,396.17 |
| | ADVOCATE MEDICAL GROUP | 4210-000 | 0.00 | 1,396.17 | 1,396.17 | 1,396.17 |
| | HINSDALE ORTHOPAEDIC | 4210-000 | 0.00 | 11,687.16 | 11,687.16 | 11,687.16 |
| | **TOTAL SECURED** | | 53,460.53 | 59,054.07 | 53,729.50 | 53,729.50 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | 3110-000 | 0.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| BALDI BERG | 3120-000 | 0.00 | 72.27 | 72.27 | 72.27 |
| Elizabeth C. Berg, Trustee | 2200-000 | 0.00 | 6.00 | 6.00 | 6.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | 0.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| ADAMS-LEVINE | 2300-000 | 0.00 | 9.28 | 9.28 | 9.28 |
| ASSOCIATED BANK | 2600-000 | 0.00 | 634.44 | 634.44 | 634.44 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | 0.00 | 9,221.99 | 9,221.99 | 9,221.99 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014 | CAPITAL RECOVERY V, LLC | 7100-000 | 593.97 | 1,144.69 | 1,144.69 | 42.15 |
| 000013 | CAPITAL RECOVERY V, LLC | 7100-000 | 0.00 | 3,438.04 | 3,438.04 | 126.62 |
| 000012 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,387.93 | 1,412.93 | 1,412.93 | 52.03 |
| 000011 | CAPITAL RECOVERY V, LLC | 7100-000 | 1,982.06 | 2,061.71 | 2,061.71 | 75.93 |
| 000010 | CAPITAL ONE, N.A. | 7100-000 | 0.00 | 1,026.28 | 1,026.28 | 37.80 |
| 000008 | AMERICAN INFOSOURCE LP AS | 7100-000 | 125.00 | 125.00 | 125.00 | 4.60 |
| 000007 | AMERICAN INFOSOURCE LP AS | 7100-000 | 16,966.66 | 16,966.66 | 16,966.66 | 624.85 |
| 000006 | AMERICAN INFOSOURCE LP AS | 7100-000 | 64,737.41 | 64,737.41 | 64,737.41 | 2,384.14 |
| 000005 | NAVIENT SOLUTIONS INC. | 7100-000 | 0.00 | 4,629.99 | 4,629.99 | 170.51 |
| 000004 | NAVIENT SOLUTIONS INC. | 7100-000 | 12,734.69 | 8,129.21 | 8,129.21 | 299.38 |
| 000003 | SPRINGLEAF FINANCIAL | 7100-000 | 3,800.00 | 2,830.53 | 2,830.53 | 104.24 |
| 000002 | DISCOVER BANK | 7100-000 | 10,911.47 | 11,366.29 | 11,366.29 | 418.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 113,239.19 | 117,868.74 | 117,868.74 | 4,340.85 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

**Case No:** 15-22996  
**Case Name:** MEEHAN, JONATHAN S.  
KASTNER, KRISTIN R.  
**For Period Ending:** 09/09/2016

**Judge:** Donald R. Cassling

**Trustee Name:** Elizabeth C Berg  
**Date Filed (f) or Converted (c):** 07/03/2015 (f)  
**341(a) Meeting Date:** 07/27/2015  
**Claims Bar Date:** 12/02/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 683 Fieldcrest Drive, Unit B South Elgin, IL 60177 | 80,000.00 | 0.00 | | 0.00 | FA |
| 2. 629 N. Water Street South Elgin, IL (1/2) interest | 45,000.00 | 0.00 | | 0.00 | FA |
| 3. Furnishings of 2 bedroom condominium | 300.00 | 0.00 | | 0.00 | FA |
| 4. Clothing for 2 adults | 200.00 | 0.00 | | 0.00 | FA |
| 5. USPS Thrift Savings Plan 401k | 24,890.54 | 0.00 | | 0.00 | FA |
| 6. Meehan Ventures, LLC d/b/a Nella's Beef 818 McLean | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Ford Explorer | 1,700.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Nissan Murano | 14,000.00 | 0.00 | | 0.00 | FA |
| 9. Proceeds from personal injury lawsuits | 110,000.00 | 83,339.80 | | 78,500.00 | FA |
| 10. Tax Refund (u) | 3,500.00 | 0.00 | | 0.00 | FA |

**Gross Value of Remaining Assets**

| **TOTALS (Excluding Unknown Values)** | 279,590.54 | 83,339.80 | | 78,500.00 | 0.00 |

Re Prop. #1   Stay lifted per order 7/31/15 [dkt 19]  
Re Prop. #2   Stay lifted 10/9/15 [dkt 40]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**7/5/16:  TFR filed 6/20/16.  Final hearing scheduled 7/22/16.**

**May 6, 2016:  Trustee reviewed claims**  
Trustee recovered turnover from lien creditor of funds distributed per order 12/4/15 [dkt 46] whose claim was satisfied outside of bankruptcy estate  
Trustee prepared TFR

**January 26, 2016: bar date passed**  
Trustee to review claims and prepare TFR

**October 9, 2015:  Trustee recovered net settlement proceeds from an insurance claim on account of Debtors' pre-petition automobile accident. Trustee reviewed the validity of liens asserted against the settlement proceeds and filed a

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 15-22996 | Judge: Donald R. Cassling | Trustee Name: Elizabeth C Berg |
| --- | --- | --- |
| Case Name: MEEHAN, JONATHAN S. | | Date Filed (f) or Converted (c): 07/03/2015 (f) |
| KASTNER, KRISTIN R. | | 341(a) Meeting Date: 07/27/2015 |
| For Period Ending: 09/09/2016 | | Claims Bar Date: 12/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

motion to allow and pay the valid health care lien claims.  The claims bar date expires at the end of December 2015 for governmental units and at the beginning of December for general unsecured claims.  Trustee will verify no additional assets available for administration, will conduct a claims review upon expiration of the claims bar date and then will file her TFR.

**Initial Projected Date of Final Report(TFR) :** 06/30/2016    **Current Projected Date of Final Report(TFR) :** 06/30/2016

**Trustee's Signature**   /s/Elizabeth C Berg    **Date:** 09/09/2016
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**Case No:** 15-22996
**Case Name:** MEEHAN, JONATHAN S.
KASTNER, KRISTIN R.
**Taxpayer ID No:** **-***6592
**For Period Ending:** 9/9/2016

**Trustee Name:** Elizabeth C Berg
**Bank Name:** Associated Bank
**Account Number/CD#:** ******6518 Checking Account
**Blanket bond (per case limit):** 5,000,000.00
**Separate bond (if applicable):** 0.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/15/2015 | [9] | LAW OFFICES OF SAL INDOMENICO & ASSOC. CLIENT FUNDS ACCOUNT 161 N. CLARK STREET, STE. 2575 CHICAGO ,IL 60601 | PERSONAL INJURY SETTLEMENT | 1142-000 | 78,500.00 | | 78,500.00 |
| 08/07/2015 | | ASSOCIATED BANK | Bank Service Fee | 2600-000 | | 60.22 | 78,439.78 |
| 09/08/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 116.60 | 78,323.18 |
| 10/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 112.70 | 78,210.48 |
| 11/06/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 116.28 | 78,094.20 |
| 12/07/2015 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 112.36 | 77,981.84 |
| 12/09/2015 | 1001 | BCBS-IL (Blue Cross Blue Shield of IL) c/o Gibson & Sharps 9420 Bunsen Pkwy Suite 250 Louisville ,KY 40220 | Health Ins - Subrogation Lien Claim HCSC 8888865-8884098 Jonathan MeehanAllowed, in full satisfaction of claim #1 filed, per Court Order dated 12/4/2015 [dkt 46] | 4210-000 | | 26,166.67 | 51,815.17 |
| 12/09/2015 | 1002 | ADVOCATE HEALTH AND HOSPITALS c/o JAME T. GATELY 8233 W. 185TH STREET TINLEY PARK ,IL 60487 | HEALTH CARE LIEN Allowed per Court Order dated December 4, 2015 [dkt 46] | 4210-000 | | 12,414.97 | 39,400.20 |
| | | | | Page Subtotals | 78,500.00 | 39,099.80 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-22996 | Trustee Name: Elizabeth C Berg |
| Case Name: MEEHAN, JONATHAN S. | Bank Name: Associated Bank |
| KASTNER, KRISTIN R. | Account Number/CD#: ******6518 Checking Account |
| Taxpayer ID No: **-***6592 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/9/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/09/2015 | 1003 | MARIANJOY, INC<br>26W171 ROOSEVELT RD<br>WHEATON ,IL 60187 | HEALTH CARE LIEN<br>Allowed, in full satisfaction of claim #9 filed, per Court Order dated December 4, 2015 [dkt 46] | 4210-000 | | 668.36 | 38,731.84 |
| 12/09/2015 | 1004 | HINSDALE ORTHOPAEDIC ASSOCIATES, S.C.<br>PO BOX 914<br>LAGRANGE ,IL 60525 | HEALTH CARE LIEN<br>Allowed per Court Order dated December 4, 2015 [dkt 46] | 4210-000 | | 11,687.16 | 27,044.68 |
| 12/09/2015 | 1005 | ADVOCATE MEDICAL GROUP<br>c/o JAMES T. GATELY<br>8233 W. 185TH STREET<br>TINLEY PARK ,IL 60487 | HEALTH CARE LIEN<br>Allowed per Court Order dated December 4, 2015 [dkt 46] | 4210-000 | | 1,396.17 | 25,648.51 |
| 12/09/2015 | 1006 | JONATHAN MEEHAN<br>KRISTIN KASTNER<br>367 STONINGTON PLACE<br>SOUTH ELGIN ,IL 60177 | DEBTORS' EXEMPTION<br>Allowed in full satisfaction of claimed exemptions per Court Order dated December 4, 2015 [dkt 46] | 8100-002 | | 14,000.00 | 11,648.51 |
| 01/08/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 83.00 | 11,565.51 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.22 | 11,548.29 |
| 02/16/2016 | 1007 | Adams-Levine<br>370 Lexington Avenue<br>Suite 1101<br>Ne York ,NY 10017 | 2016 Bond Premium | 2300-000 | | 9.28 | 11,539.01 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 16.06 | 11,522.95 |
| | | | | Page Subtotals | 0.00 | 27,877.25 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-22996 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | MEEHAN, JONATHAN S. | Bank Name: | Associated Bank |
| | KASTNER, KRISTIN R. | Account Number/CD#: | ******6518 Checking Account |
| Taxpayer ID No: | **-***6592 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/9/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/03/2016 | | ADVOCATE HEALTH CARE C/O JPMORGAN CHASE BANK, N.A. | REFUND OF CLAIM - OVERPAYMENT  Refund of check 1005 | 4210-000 | | (1,396.17) | 12,919.12 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 12,919.12 | 0.00 |

|  |  |  | Page Subtotals | 0.00 | 11,522.95 |
| --- | --- | --- | --- | --- | --- |

|  | **COLUMN TOTALS** | 78,500.00 | 78,500.00 |
| --- | --- | --- | --- |
|  | Less:Bank Transfer/CD's | 0.00 | 12,919.12 |
|  | **SUBTOTALS** | 78,500.00 | 65,580.88 |
|  | Less: Payments to Debtors | | 14,000.00 |
|  | **Net** | 78,500.00 | 51,580.88 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-22996 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | MEEHAN, JONATHAN S. | | Bank Name: | Texas Capital Bank |
| | KASTNER, KRISTIN R. | | Account Number/CD#: | ******5120 Checking Account |
| Taxpayer ID No: | **-***6592 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/9/2016 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 12,919.12 | | 12,919.12 |
| 07/27/2016 | 5001 | Elizabeth Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago,IL 60602 | Trustee Compensation | 2100-000 | | 3,500.00 | 9,419.12 |
| 07/27/2016 | 5002 | Elizabeth Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago,IL 60602 | Trustee expenses | 2200-000 | | 6.00 | 9,413.12 |
| 07/27/2016 | 5003 | BALDI BERG<br>20 N. Clark Street, Ste. 200<br>Chicago ,IL 60602 | Final TR Atty Compensation | 3110-000 | | 5,000.00 | 4,413.12 |
| 07/27/2016 | 5004 | BALDI BERG<br>20 N. Clark Street, Ste. 200<br>Chicago ,IL 60602 | TR Atty Expenses | 3120-000 | | 72.27 | 4,340.85 |
| 07/27/2016 | 5005 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany ,OH 43054-3025 | Disb of 3.68% to Claim #000002 | 7100-000 | | 418.60 | 3,922.25 |
| 07/27/2016 | 5006 | SPRINGLEAF FINANCIAL SERVICES<br>P.O. Box 3251<br>Evansville ,IN 47731-3251 | Disb of 3.68% to Claim #000003 | 7100-000 | | 104.24 | 3,818.01 |
| 07/27/2016 | 5007 | NAVIENT SOLUTIONS INC.<br>Po Box9640<br>Wilkes-Barre ,PA 18773-9640 | Disb of 3.68% to Claim #000004 | 7100-000 | | 299.38 | 3,518.63 |
| | | | Page Subtotals | | 12,919.12 | 9,400.49 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-22996 | Trustee Name: Elizabeth C Berg |
| Case Name: MEEHAN, JONATHAN S. | Bank Name: Texas Capital Bank |
| KASTNER, KRISTIN R. | Account Number/CD#: ******5120 Checking Account |
| Taxpayer ID No: **-***6592 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/9/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/27/2016 | 5008 | NAVIENT SOLUTIONS INC.<br>Po Box9640<br>Wilkes-Barre ,PA 18773-9640 | Disb of 3.68% to Claim #000005 | 7100-000 | | 170.51 | 3,348.12 |
| 07/27/2016 | 5009 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health<br>PO Box 248838<br>Oklahoma City ,OK 73124-8838 | Disb of 3.68% to Claim #000006 | 7100-000 | | 2,384.14 | 963.98 |
| 07/27/2016 | 5010 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health<br>PO Box 248838<br>Oklahoma City ,OK 73124-8838 | Disb of 3.68% to Claim #000007 | 7100-000 | | 624.85 | 339.13 |
| 07/27/2016 | 5011 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health<br>PO Box 248838<br>Oklahoma City ,OK 73124-8838 | Disb of 3.68% to Claim #000008 | 7100-000 | | 4.60 | 334.53 |
| 07/27/2016 | 5012 | CAPITAL ONE, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern ,PA 19355-0701 | Disb of 3.68% to Claim #000010 | 7100-000 | | 37.80 | 296.73 |
| 07/27/2016 | 5013 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami ,FL 33131-1605 | Disb of 3.68% to Claim #000011 | 7100-000 | | 75.93 | 220.80 |
| 07/27/2016 | 5014 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami ,FL 33131-1605 | Disb of 3.68% to Claim #000012 | 7100-000 | | 52.03 | 168.77 |

Page Subtotals    0.00    3,349.86

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 15-22996 | Trustee Name: Elizabeth C Berg |
| Case Name: MEEHAN, JONATHAN S. | Bank Name: Texas Capital Bank |
| KASTNER, KRISTIN R. | Account Number/CD#: ******5120 Checking Account |
| Taxpayer ID No: **-***6592 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/9/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/27/2016 | 5015 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami ,FL 33131-1605 | Disb of 3.68% to Claim #000013 | 7100-000 | | 126.62 | 42.15 |
| 07/27/2016 | 5016 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami ,FL 33131-1605 | Disb of 3.68% to Claim #000014 | 7100-000 | | 42.15 | 0.00 |
| 08/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson,TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | (15.00) |
| 08/04/2016 | | Texas Capital Bank | Service Charge Refund | 2600-000 | | (15.00) | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 168.77 |
| COLUMN TOTALS | 12,919.12 | 12,919.12 |
| Less:Bank Transfer/CD's | 12,919.12 | 0.00 |
| SUBTOTALS | 0.00 | 12,919.12 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 12,919.12 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 78,500.00 | | |
| All Accounts Gross Disbursements: | 78,500.00 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6518 Checking Account | 78,500.00 | 65,580.88 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-22996 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | MEEHAN, JONATHAN S. | Bank Name: | Texas Capital Bank |
|  | KASTNER, KRISTIN R. | Account Number/CD#: | ******5120 Checking Account |
| Taxpayer ID No: | **-***6592 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/9/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction |  | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|  |  |  | ******5120 Checking Account |  | 0.00 | 12,919.12 |  |
|  |  |  | **NetTotals** |  | 78,500.00 | 78,500.00 | 0.00 |